## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## GALVESTON DIVISION

| | | |
|---|---|---|
| **GULF COPPER & MANUFACTURING** | § | |
| **CORPORATION** | § | **CIVIL ACTION NO. 3:19-CV-34** |
| | § | |
| **V.** | § | |
| **M/V LEWEK EXPRESS, her apparel** | § | **FED. R. CIV. P. 9(h)** |
| **Equipment, engines, freights, tackle, etc.,** | § | **Admiralty Claim** |
| *In rem* | § | |

### <u>UNOPPOSED MOTION FOR DEFAULT JUDGMENT</u>

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE:**

COMES NOW Plaintiff Gulf Copper & Manufacturing Corporation ("Gulf Copper"), and pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and moves the Court for default judgment against the claimants or holders or other liens bearing against the M/V LEWEK EXPRESS, who have not appeared in this proceeding, upon showing a showing that such persons have failed to answer, intervene, or otherwise plead or defend within the time permitted under Supplemental Rule C of the Federal Rules of Civil Procedure. In support of the relief sought, Gulf Copper respectfully shows the Court as follows:

### I.
### BACKGROUND

1.     Gulf Copper filed this suit on January 29, 2019, seeking to enforce a maritime lien against the M/V LEWEK EXPRESS, its apparel, equipment, engines, freights, tackle, etc. (sometimes referred to herein as "Vessel"). *See* Complaint, Doc. 1. On January 30, 2019, pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims (hereinafter "Supplemental Admiralty Rule"), process was issued directing the United States Marshals Service to arrest the Vessel on behalf of Gulf Copper. *See* Order of Issuance of Warrant of Seizure, Doc. 5.

2.      The Vessel was seized by the United States Marshals Service on January 31, 2019. *See* Return of Service, Doc. 8.  The Vessel was immediately transferred into the custody of Gulf Copper, who was designated as the substitute custodian by the Court.  *See* Order Appointing Substitute Custodian, Doc. 6, and Return of Service, Doc. 9.  The Vessel currently remains in the custody of Gulf Copper and continues to accumulate custodia legis costs for berthage, insurance, and other services being provided by Gulf Copper in its capacity as the substitute custodian.

3.      Gulf Copper filed its Motion for Public Notice of Action and Arrest on February 13, 2019. *See* Doc. 11.  The Court signed an Order granting the relief sought therein on February 14, 2019, requiring that public notice be published in the *Galveston Daily News* for six successive days, beginning no later than March 1, 2019. *See* Doc. 12.  Gulf Copper complied with the Court's order and published the aforementioned notice in the Galveston Daily News on February 20–22 and February 25–27, 2019.  *See* Ex. A (Publisher's Affidavit).

4.      Written notice of the arrest has been sent to all known parties who may have an ownership interest in the Vessel.  *See* Ex. B (Letter to Express Subsea, LLC and Notice of Action and Arrest).

5.      Gulf Marine Fabricators, LP intervened in this action on April 1, 2019.  *See* Docs. 13–15.  Trevaskis Limited intervened on April 2, 2019.  *See* Doc. 18.  No other parties have appeared in the suit to assert a claim.

## II.
## ARGUMENT

6.      The time permitted under Supplemental Rule C and the Court's February 14, 2019, Order (Doc. 12) to file an answer, intervene, or otherwise plead or defend, expired on April 1, 2019.  Apart from Gulf Marine Fabricators, LP and Trevaskis Limited, no intervention or other

pleading has been filed on behalf of any persons claiming a maritime lien or other interest in the Vessel.

7.    Because the time for filing an answer, intervening, or otherwise pleading or defending against the Vessel has elapsed, Plaintiff is entitled to a default judgment as to all claimants who have not filed an answer, intervened, or otherwise pleaded or defended to date.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Gulf Copper & Manufacturing Corporation prays that default be entered against any claimants or holders of maritime liens bearing against the M/V LEWEK EXPRESS who have not intervened or otherwise appeared in this proceeding pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Respectfully submitted,

CLARK HILL STRASBURGER

By: _____
David E. James
SDTX Bar No. 588556
Texas Bar No. 24032467
2615 Calder Avenue, Suite 240
Beaumont, Texas  77702
Telephone:  409.351-3800
Facsimile:  409.351.3883
Email:  david.james@clarkhillstrasburger.com

**ATTORNEYS    FOR    LIMITATION PLAINTIFF,    GULF    COPPER    & MANUFACTURING CORPORATION**

OF COUNSEL:
CLARK HILL STRASBURGER
Misha J. Paltiyevich
SDTX Bar No. 3060542
Texas Bar No. 24095695
909 Fannin Street, Suite 2300
Houston, Texas  77010
Telephone: 713.750.5529

Facsimile: 713.951.5660
Misha.paltiyevich@clarkhillstrasburger.com

## **CERTIFICATE OF CONFERENCE**

On April 2, 2019, undersigned counsel conferred with counsel for Gulf Marine Fabricators, LP and Trevaskis.  Gulf Marine and Trevaskis are unopposed to this motion.

_____

David James

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 3, 2019, a true and correct copy of the foregoing was served on all counsel of record via the CM/ECF system.

_____

David James