United States District Court
Southern District of Texas
**ENTERED**
April 16, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| GULF COPPER & MANUFACTURING CORPORATION, | § § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:19-CV-00034 |
| | § | |
| M/V LEWEK EXPRESS, *et al*, | § § § | |
| Defendants. | § | |

## **ORDER**

Pending before the Court is Plaintiff Gulf Copper & Manufacturing Corporation's Motion for Default Judgment. Dkt. 21. After reviewing the motion and the applicable law, the Court **GRANTS** the motion. The Court having previously issued an Order requiring persons having any claims against the M/V LEWEK EXPRESS, her apparel, equipment, engines, freights, tackle, etc. must file said claims with the Clerk of this Court at the U.S. District Courthouse in Galveston, Texas on or before April 1, 2019, and publication of said Order having been duly given as required by the orders, rules, and practices of this Court, all of which appear by the returns filed herein, wherein it appears from the records of said Court that Gulf Marine Fabricators LP intervened in this action and Trevaskis Limited filed a motion to intervene in this action on or before April 1, 2019.

And it also appearing that due proclamation having been made for all persons having any claims against the M/V LEWEK EXPRESS, her apparel, equipment, engines,

freights, tackle, etc. to appear and present their claims no later than April 1, 2019, and no other person having appeared.

Now, on motion it is,

**ORDERED**, that a default is hereby entered against all persons who have a claim against the M/V LEWEK EXPRESS, her apparel, equipment, engines, freights, tackle, etc., who have not filed and answer, intervention or other pleading herein to assert such claim. It is further,

**ORDERED** that all persons in default as aforesaid be and the same hereby are barred and precluded from filing any claims in this action against the M/V LEWEK EXPRESS, her apparel, equipment, engines, freights, tackle, etc.

SIGNED at Galveston, Texas, this 16th day of April, 2019.

_____
George C. Hanks Jr.
United States District Judge