

ALAN R. DAVIS                                                                                      Direct Dial No: (504) 585-7088
                                                                                                    E-mail:davis@chaffe.com

July 14, 2019

**Via ECF**
The Honorable Andrew M. Edison
United States District Court
Southern District of Texas

      Re:    *Gulf Copper & Manufacturing Corporation v. M/V LEWEK EXPRESS*
            U.S.D.C., S.D. Tex. Civil Action No. 3:19-cv-00034

Dear Judge Edison:

    As instructed during the status conference on July 12, 2019, we write to inform the Court that the parties in the above captioned matter have reached a settlement of all claims. As part of the parties' settlement, the M/V LEWEK EXPRESS shall remain under arrest until full payment of all settlement proceeds but the interlocutory sale will not proceed. We therefore request that the Court order that the auction of the M/V LEWEK EXPRESS set for tomorrow, July 15, 2019, be canceled. A proposed order canceling tomorrow's auction is attached.

    We greatly appreciate the Court's assistance and attention to this matter.

                              Best regards,

                              CHAFFE McCALL, L.L.P.

                              */s/ Alan R. Davis*

                              Alan R. Davis

**New Orleans:** 2300 Energy Centre • 1100 Poydras Street • New Orleans, LA 70163-2300 • Tel: (504) 585-7000 • Fax: (504) 585-7075
**Baton Rouge:** 103 Two United Plaza • 8550 United Plaza Blvd. • Baton Rouge, LA 70809 • Tel: (225) 922-4300 • Fax: (225) 922-4304
**Houston:** 801 Travis Street, Suite 1910 • Houston, TX 77002 • Tel: (713) 546-9800 • Fax: (713) 546-9806
**Lake Charles:** One Lakeshore Drive Suite 1750 • Lake Charles, LA 70629 • Tel: (337) 419-1825 • Fax: (504) 585-7075

www.chaffe.com

3447587-1