Case 3:19-cv-00034  Document 98  Filed on 09/09/19 in TXSD  Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
September 09, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| GULF COPPER & MANUFACTURING CORPORATION | § § § § | |
| Plaintiff. | § § | |
| VS. | § § | CIVIL ACTION NO. 3:19-CV-00034 |
| M/V LEWEK EXPRESS, her apparel, equipment, engines, freights, tackle, etc., *in rem* | § § § § § | In Admiralty, FED. R. CIV. P . 9(h) |
| Defendant. | § § | |

## **FINAL JUDGMENT**

Based on certain debts owed, Plaintiff Gulf Copper & Manufacturing Corporation ("Gulf Copper") filed this suit and obtained the arrest of the M/V LEWEK EXPRESS (the "Vessel"). Gulf Marine Fabricators, LP ("Gulf Marine") and Trevaskis Limited ("Trevaskis") intervened, seeking to recover other debts purportedly owed by the Vessel. Ocean Lion Shipping Ltd. ('Ocean Lion'), the owner of the Vessel, made a limited appearance to attempt to resolve the Vessel's debts. After Ocean Lion's efforts proved unsuccessful, the Court ordered the sale of the Vessel.

On July 29, 2019, the U.S. Marshal's Service sold the Vessel at auction. Since the sale, all the parties except Trevaskis[1] have sought to recover their portions of the sale

---

[1] Trevaskis's role in this suit was limited to its argument that the Vessel should not be sold while certain pipe-lay equipment, which it had leased to the Vessel, was still affixed to the ship. The Court rejected this argument, finding that the equipment was an appurtenance to the Vessel and was subject to the sale. Thus, Trevaskis does not seek to recover any proceeds from the sale of the Vessel because it is not entitled to any proceeds.

proceeds. *See* Dkt. 89 (motion to disburse funds to Compass Maritime Services LLC for its commission on the sale); Dkt. 90 (motion to disburse funds to Gulf Marine); Dkt. 92 (motion to disburse funds to Gulf Copper); Dkt. 94 (motion to disburse all remaining funds to Ocean Lion). All of these motions have been granted. *See* Dkts. 91, 93, 96, 97. Therefore, at this time, this suit has been fully resolved.

It is **ORDERED**, therefore, that this matter is **DISMISSED**.

**THIS IS A FINAL JUDGMENT.**

The Clerk will provide copies of this judgment to the parties.

**SIGNED** at Galveston, Texas on this ___9th___ day of September, 2019.

*[signature]*
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE